NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-59

STATE OF LOUISIANA

VERSUS

CHRISTOPHER DUWAYNE FOSTER, JR.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 268384
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

CONVICTIONS AND SENTENCES AFFIRMED. CORRECTION OF SENTENCING MINUTES ORDERED. MOTION TO WITHDRAW GRANTED.

Hon. James C. Downs
District Attorney - 9th JDC
Charles Edward Johnson
Assistant District Attorney
701 Murray Street
Alexandria, LA 71309
(318) 473-6650
Counsel for Appellee:
State of Louisiana

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant-Appellant:**
**Christopher Duwayne Foster, Jr.**

**Christopher Duwayne Foster, Jr.**
**Louisiana State Penitentiary**
**Camp C Jaguar 3/R/5**
**Angola, LA 70712**
***Pro Se* Defendant-Appellant**